# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESTRADA ALVARADO,<br><br>        Petitioner,<br><br>    v.<br><br>M.D. McDONALD, Warden,<br><br>        Respondent. | Case No. CV 10-419-PA (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 9/25/11

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE